**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

For reasons of judicial efficiency, coordinated pretrial proceedings in the cases identified on the attached document should be presided over by a single district judge as provided for by IOP 13(e) and that a single magistrate judge should be designated for these cases; and

The Hon. Jorge L. Alonso has agreed to preside over these coordinated pretrial proceedings and Magistrate Judge M. David Weisman has agreed to be the designated magistrate judge in these coordinated pretrial proceedings; therefore

It is hereby ordered that Judge Alonso shall preside over pretrial proceedings in the cases listed below; and

It is further ordered that Magistrate Judge Weisman shall be the designated Magistrate Judge in the cases listed below; and

It is further ordered that each of these cases shall remain pending on the calendar of the judge to whom that it is currently assigned, and that an order be entered in each case by Judge Alonso at such time as coordinated pretrial proceedings have concluded; and

It is further ordered than any additional cases that may be filed with similar claims and the same defendants shall be part of these coordinated pretrial proceedings.

It is further ordered that all pretrial proceedings are to be filed in case 24 CV 7261, IN RE: Ethylene Oxide Coordinated Pretrial Proceedings until further order of the Honorable Jorge L. Alonso.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 26th day of August, 2024

| Case# | Case Title |
|---|---|
| 1:24-cv-06231 | Wilvert v. BASF Corporation et al |
| 1:24-cv-06235 | Bobroff v. BASF Corporation et al |
| 1:24-cv-06236 | Horning v. BASF Corporation et al |
| 1:24-cv-06244 | Barrera v. BASF Corporation et al |
| 1:24-cv-06245 | Corder et al v. BASF Corporation et al |
| 1:24-cv-06247 | Huston v. BASF Corporation et al |
| 1:24-cv-06249 | Koch v. BASF Corporation et al |
| 1:24-cv-06260 | Stasek-Diaz v. BASF Corporation et al |
| 1:24-cv-06262 | Diaz et al v. BASF Corporation et al |
| 1:24-cv-06303 | Koklamanis v. BASF Corporation et al |
| 1:24-cv-06305 | Tarasiuk v. BASF Corporation et al |
| 1:24-cv-06312 | Peterson v. BASF Corporation et al |
| 1:24-cv-06315 | Abell v. Cosmed Group, Inc. et al |
| 1:24-cv-06316 | Wilson v. BASF Corporation et al |
| 1:24-cv-06319 | Bunnell v. COSMED GROUP INC et al |
| 1:24-cv-06323 | Cornell v. Medline et al |
| 1:24-cv-06325 | Locher v. Cosmed Group, Inc. et al |
| 1:24-cv-06327 | Flament v. COSMED GROUP INC et al |
| 1:24-cv-06332 | Slotowski v. Medline Industries, Inc. et al |
| 1:24-cv-06339 | Tellez v. Medline Industries, Inc. et al |
| 1:24-cv-06341 | Meyers v. Medline et al |
| 1:24-cv-06342 | Vaitkus v. Medline Industries, Inc. et al |
| 1:24-cv-06347 | Schrader v. Medline et al |
| 1:24-cv-06348 | Sefton v. Medline Industries, Inc. et al |